## Commonwealth ex rel. Johnson *v.* Francies.

OPINION BY RICE, P. J., July 15, 1914:

The petition and attached record in this case are, in substantial respects, like those considered in the case of Com. ex rel. Wheeler v. Francies.

The petition for writ of habeas corpus is refused.